UFEMIA M. STANKOWSKI, Appellant, v. WILLIAM ZAWAR, JR., Respondent.— Appeal dismissed, unless appellant shall file and serve the printed records and briefs by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GLADYS M. BLACKMAR, Respondent, v. EDWARD NEWMAN and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed record by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CIVIC DISCOUNT CORPORATION, Respondent, v. POLSON MANUFACTURING COMPANY and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed briefs by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

RUDOLPH KAFKA, Respondent, v. BARBER ASPHALT COMPANY, Appellant, Impleaded with Others, Defendants.— Appeal dismissed, unless appellant shall file and serve the printed record by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WALTER H. NELSON, SR., Respondent, v. THEODORE W. GRANT and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and brief by July fifteenth, and shall furnish proper bond to stay execution. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WALTER H. NELSON, JR., Respondent, v. THEODORE W. GRANT and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and brief by July fifteenth, and shall furnish proper bond to stay execution. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

STEPHEN H. NELSON, Respondent, v. THEODORE W. GRANT and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and brief by July fifteenth, and shall furnish proper bond to stay execution. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of CHARLES A. SHOURDS, JR., Deceased.— Motion granted and appeal dismissed, with costs, unless the appellant shall file and serve his case and exceptions, and brief, on or before the 15th day of August, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES E. HATHORN, Respondent, v. ALBERT J. AILINGER, Appellant.— Motion granted and appeal dismissed, with costs, unless the appellant shall file and serve the printed papers on appeal on or before August 1, 1928, and the printed briefs on or before September 1, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GEORGE A. NORTON, Plaintiff, v. WILLIAM BOORE and Others, Defendants. F. PAUL NORTON, Respondent; BAXCO BUILDING CORPORATION, Appellant.— Motion granted and appeal dismissed, with costs, unless the case and brief are served on or before the 1st day of September, 1928. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ARTHUR W. PAINTER, as Administrator, etc., of EDITH A. PAINTER, Deceased, Appellant, v. ARTHUR N. CLOSE and WILLIAM A. CLOSE, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.